FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

01 AUG -6 AM 11:55

~~"IN CAMERA"~~

THE UNITED STATES of AMERICA, and
LINDA MANDELL, KAY JONES,
DUANE AUDETTE, MARGUERITE GLENN and
JAMES BARRINGTON,
On behalf of themselves, and
THE UNITED STATES DEPARTMENT of
HOUSING and URBAN DEVELOPMENT,
    Plaintiff,

vs.                                              CASE NO. 8:01-CV-1458-T-24TGW

DEPARTMENT of COMMUNITY IMPROVEMENT,
HILLSBOROUGH COUNTY, FLORIDA, a Political
Subdivision of the STATE of FLORIDA,
    Defendants.
_____/

## VERIFIED COMPLAINT

COMES NOW, the Plaintiffs, **LINDA MANDELL, KAY JONES, DUANE AUDETTE, MARGUERITE GLENN and JAMES BARRINGTON**, individually (herein after referred to as the "Individual Plaintiffs"), and on behalf of **THE UNITED STATES of AMERICA**, and on behalf of **THE UNITED STATES DEPARTMENT of HOUSING and URBAN DEVELOPMENT**, (hereinafter referred to as "Plaintiff"), by and through their undersigned attorney, and sue **DEPARTMENT of COMMUNITY IMPROVEMENT, HILLSBOROUGH COUNTY, FLORIDA,** a Political Subdivision of the **STATE of FLORIDA**, (hereinafter referred to as the " Defendants") for damages to **THE UNITED STATES of AMERICA**, and avers as follows:

1. This is an action brought under The Federal False Claims Act, 31 USC 3729, and the Federal and State "Whistle Blower Acts," (F.S.112.3187) as they may be applicable, and jurisdiction lies because (1) the Federal Government is a party, (2) a Federal Statute and/or question is involved (3) and the individuals herein are entitled to bring this action under δ 3730, of the title 31 US Code.

2. The Individual Plaintiffs are all employees, or former employees, of the Defendant, Hillsborough County's Department of Community Improvement. The Defendant, Hillsborough County is a political subdivision of the State of Florida, the Department of Community Improvement, a department of the defendant Hillsborough County. The Individual Plaintiffs, THE UNITED STATES of AMERICA, and THE UNITED STATES DEPARTMENT of HOUSING and URBAN DEVELOPMENT, are Plaintiffs herein pursuant to 31 USC 3730.

3. The Individual Plaintiffs believe and have knowledge that certain individuals in the Department of Community Improvement, of the defendant:

a. knowingly presented, or caused to be presented to the Plaintiff (USA-HUD) a false or fraudulent claim and/or claims for payment;

b. knowingly made, used or caused to be made or used, a false record or statement to get a false or fraudulent claim paid, or approved by Plaintiff (USA- HUD).

c. conspired to defraud the Plaintiff (USA-HUD) by getting a false or fraudulent claim allowed or paid;

d. has possession, custody, or control of property or money, and will continue to receive property or money, used or to be used, by Defendants in federal programs of the Plaintiffs (USA- HUD) and, intends to defraud the Plaintiff (USA- HUD) or will willfully

conceal the property, deliver, or cause to be delivered, less property than the amount for which the persons received, and /or has or will allow the said federal monies to be used for purposes not allowed under the federal programs the monies were designated and applied for, or to be used, by the Plaintiff (USA-HUD) and, with intent to defraud the Plaintiff (USA-HUD), make or deliver the receipt without completely knowing that the information on the receipt is true;

    e. authorized made or delivered a document certifying receipt of property used, or monies received and to be used by the Defendants, or by a recipient of one of the Plaintiff's (USA-HUD) programs, with the intent to defraud the Plaintiff (USA-HUD), and/or make or deliver the receipt and/or report(s) and/or application(s) without completely knowing the information on the receipt and/or report(s) and/or application(s) is true;

    f. knowingly buys, or receives as a pledge of an obligation debt, public property as an officer or employee of the Defendant knowing that in doing so they are unlawfully selling, receiving or pledging property that is not so allowed;

    g. knowingly made, used, or caused to be made or used, a false record or statement to, conceal, avoid, or decrease an obligation to pay or transmit money or property to the Defendant, Hillsborough County, or a recipient of one of the Plaintiff (USA-HUD) federal, or federally-funded state programs.

    4. That as a result of the above stated violations, the Defendant is liable to the Plaintiff, **UNITED STATES of AMERICA** for a civil penalty of not less than

$ 5,000.00 and not more than $ 10,000,00, plus three times the amount of damage which the Plaintiff sustained in damages due to the Plaintiff, **UNITED STATES of AMERICA.**

5. The Individual Plaintiffs believe they are entitled to a Qui Tam Award pursuant to 31 USC 3730 (d), of not less then 15 percent nor more then 25 percent of the proceeds of this action or any settlement of the claim.

6. The Individual Plaintiffs have retained the services of the undersigned attorney to bring this action on their behalf, and have expended sums of monies on the preparation of this cause. They believe that under 31 USC 3730 they are entitled to be reimbursed their reasonable expenses, plus reasonable attorney fees and cost.

7. If the Plaintiff (USA-HUD) does not proceed with this cause of action and the Individual Plaintiffs continue with the action and receive an award or settlement, they believe they are entitled to receive, under 31 USC 3730 their reasonable expenses, plus reasonable attorney fees and cost.

8. The Individual Plaintiffs have reason to believe that they will be retaliated against by the Defendants or their agents and/or fellow employees, as a result of bringing this action, and therefore wish to avail themselves of 31 USC 3730 (h) by having this Court issue its order, upon the service of this action on the Defendants, admonishing the Defendants not to engage in the conduct therein described.

9. The Individual Plaintiffs have each, individually and as group, knowledge of the violations herein described and are willing to cooperate with the Plaintiff (USA-HUD) or any agency thereof in the investigation, preparation or prosecution of this action.

4

conceal the property, deliver, or cause to be delivered, less property than the amount for which the persons received, and /or has or will allow the said federal monies to be used for purposes not allowed under the federal programs the monies were designated and applied for, or to be used, by the Plaintiff (USA-HUD) and, with intent to defraud the Plaintiff (USA-HUD), make or deliver the receipt without completely knowing that the information on the receipt is true;

   e. authorized made or delivered a document certifying receipt of property used, or monies received and to be used by the Defendants, or by a recipient of one of the Plaintiff's (USA-HUD) programs, with the intent to defraud the Plaintiff (USA-HUD), and/or make or deliver the receipt and/or report(s) and/or application(s) without completely knowing the information on the receipt and/or report(s) and/or application(s) is true;

   f. knowingly buys, or receives as a pledge of an obligation debt, public property as an officer or employee of the Defendant knowing that in doing so they are unlawfully selling, receiving or pledging property that is not so allowed;

   g. knowingly made, used, or caused to be made or used, a false record or statement to, conceal, avoid, or decrease an obligation to pay or transmit money or property to the Defendant, Hillsborough County, or a recipient of one of the Plaintiff (USA-HUD) federal, or federally-funded state programs.

   4. That as a result of the above stated violations, the Defendant is liable to the Plaintiff, **UNITED STATES of AMERICA** for a civil penalty of not less than

$ 5,000.00 and not more than $ 10,000,00, plus three times the amount of damage which the Plaintiff sustained in damages due to the Plaintiff, **UNITED STATES of AMERICA.**

5. The Individual Plaintiffs believe they are entitled to a Qui Tam Award pursuant to 31 USC 3730 (d), of not less then 15 percent nor more then 25 percent of the proceeds of this action or any settlement of the claim.

6. The Individual Plaintiffs have retained the services of the undersigned attorney to bring this action on their behalf, and have expended sums of monies on the preparation of this cause. They believe that under 31 USC 3730 they are entitled to be reimbursed their reasonable expenses, plus reasonable attorney fees and cost.

7. If the Plaintiff (USA-HUD) does not proceed with this cause of action and the Individual Plaintiffs continue with the action and receive an award or settlement, they believe they are entitled to receive, under 31 USC 3730 their reasonable expenses, plus reasonable attorney fees and cost.

8. The Individual Plaintiffs have reason to believe that they will be retaliated against by the Defendants or their agents and/or fellow employees, as a result of bringing this action, and therefore wish to avail themselves of 31 USC 3730 (h) by having this Court issue its order, upon the service of this action on the Defendants, admonishing the Defendants not to engage in the conduct therein described.

9. The Individual Plaintiffs have each, individually and as group, knowledge of the violations herein described and are willing to cooperate with the Plaintiff (USA-HUD) or any agency thereof in the investigation, preparation or prosecution of this action.

10. The Individual Plaintiffs have, with the filing of this action, simultaneously filed with the Clerk of this Court, a document, signed and sworn to by each of them, which is some of the evidence of violations described herein. The Individual Plaintiffs respectfully request the Courts indulgence in allowing them to supplement their evidence documentation from time to time as their investigation continues.

**WHEREFORE,** the Individual Plaintiffs demand judgement against the Defendants herein, together with their reasonable expenses, interest and all costs, and reasonable attorneys fees, and cost, and:

1. That the Individual Plaintiffs be awarded a **Qui Tam** Award pursuant to 31 USC 3730 (d) of any proceeds or settlement that may result from this cause of action or settlement thereof;

2. That should the Plaintiff (USA-HUD) opt not to participate in this cause of action, the Individual Plaintiffs be allowed to proceed as per 31 USC 3730 (c) (3);

3. That upon this Court's order to serve the **Defendant,** Hillsborough County, the Court simultaneously issue its order admonishing the said Defendant, its employees and agents, form engaging in any conduct as to any of the Individual Plaintiffs, named herein, or other employees of the Defendant who should later come foreword to assist with this cause of action; from engaging in any of the prohibited activities described in section 3730 (h) of the False Claim Act;

4. and such other relief, as the Court may deem appropriate.

**THE INDIVIDUAL PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL TRIABLE ISSUES**

_[signature]_
J. Michael Shea, Esq.
Shea & Associates, P.A.
419 West Platt Street
Tampa, FL 33606
(813) 251 - 0733
Fax (813) 831 - 8990
FBN 120989

## VERIFICATION

Before me, the undersigned authority appeared, **LINDA MANDELL, KAY JONES, DUANE AUDETTE, MARGUERITE GLENN and JAMES BARRINGTON**, individually, who being duly sworn and deposed and say that they are the named Individual Plaintiffs herein, that they have read the allegations of the Complaint, and that the information contained therein is true and correct upon information and belief, and that they are signing this for the purposes therein expressed.

_[signature]_ LINDA MANDELL            _[signature]_ KAY JONES

_[signature]_ DUANE AUDETTE            _[signature]_ MARGUERITE GLENN

_[signature]_ JAMES BARRINGTON

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

On this 5th day of August 2001, before me personally came LINDA MANDELL, who produced a FL.D.L. M534-528-47-687-0, KAY JONES, who produced a FL.D.L. J520-500-51-587-0, DUANE AUDETTE, who produced a A330-175-36-022-0 MARGUERITE GLENN who produced a FL.D.L. 6450-653-63-826-0, and JAMES BARRINGTON, who produced a FL.DL. B652-444-57-270-0, and duly acknowledged to me that they voluntarily executed the same as their free act and deed and for the purpose therein expressed.

Witness my hand as seal the date last above written.

J Michael Shea
My Commission CC734491
Expires May 31, 2002

_____
Notary Public

Respectfully submitted,

_____
J. Michael Shea, Esq.
Shea & Associates, P.A.
419 West Platt Street
Tampa, FL 33606
(813) 251 - 0733
Fax (813) 831 - 8990
FBN 120989

7